UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BELINDA T. LASALLE AND** | * | **CIVIL NO. 2:12-CV-02649** |
| **ANTHONY J. TIMPHIONY,** | * | |
| **EACH INDIVIDUALLY AND** | * | |
| **ON BEHALF OF ROSEMARY TIMPHONY** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **Versus** | * | |
| | * | **MAG. ALMA L. CHASEZ** |
| **DR. NICHOLAS PAPPAS,** | * | |
| **DR. DAVID A. MEYERS, AND** | * | |
| **MEDTRONIC, INC.** | * | |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES, through undersigned counsel, Belinda T. Lassalle and Anthony J. Timphony, each individually and on behalf of Rosemary Timphony (D), who, in response to the Call Docket ordered by this Court [Document 21], submit as follows:

This action was originally filed in the 24th Judicial District Court of Jefferson Parish, State of Louisiana against Dr. Nicholas Pappas, Dr. David Myers, and Medtronic, Inc. [Document 1-3, pages 1 through 3]. Requests for medical review panel proceedings were also initiated against Drs. Pappas and Myers pursuant to the provisions of the Louisiana Medical Malpractice Act, LSA-R.S. 40:1299.41, *et seq*.

Prior to removal of this action from state court by Medtronic, Inc. on October 31, 2012, both Drs. Pappas and Dr. Meyers were dismissed on motion of plaintiffs *without prejudice* from the state court proceedings [Document 1-3, pages 24 and 25] pending the completion of the medical review panel. Service of citation was therefore never requested on either of these defendants in this Court.

Medtronic, Inc. was dismissed from this action by Order of the court on March 18, 2013 [Document 20].

Inasmuch as there is no remaining defendant in this matter in its present posture, plaintiffs, Belinda T. Lassalle and Anthony J. Timphony, each individually and on behalf of Rosemary Timphony (D), hereby request that the entire action be dismissed in its entirety without prejudice, all parties to bear their own costs.

        Respectfully submitted,

        */s/ Kevin P. Riché*_____
        JOHN D. SILEO, T.A. (La. Bar No.: 17797)
        KEVIN P. RICHÉ (La. Bar No. 31939)
        320 N. CARROLLTON AVENUUE
        SUITE 101
        NEW ORLEANS, LOUISIANA 70119
        TEL: 504-486-4343
        FAX: 504-297-1249
        jack@johnsileolaw.com
        kevin@johnsileolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served on all counsel of record herein via this Court's CM/ECF electronic filing system on or about June 4, 2013.

*/s/ Kevin P. Riché*