UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELINDA T. LASALLE AND ANTHONY J. TIMPHIONY, EACH INDIVIDUALLY AND ON BEHALF OF ROSEMARY TIMPHONY | * * * * * | CIVIL NO. 2:12-CV-02649 |
| | * | JUDGE CARL J. BARBIER |
| Versus | * * | MAG. ALMA L. CHASEZ |
| DR. NICHOLAS PAPPAS, DR. DAVID A. MEYERS, AND MEDTRONIC, INC. | * * * | |

## ORDER

Considering the **Motion to Dismiss Without Prejudice (R.D. 22)**, filed by Plaintiffs,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that any and all remaining claims and causes of action asserted herein against party are dismissed without prejudice, all parties to bear their own costs.

New Orleans, Louisiana this 6th day of June, 2013.

_____
United States District Judge